# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ERIC JASON FIORENTINO, JR.**                                    **PETITIONER**

**v.**                                         **CIVIL NO. 1:23cv154-HSO-BWR**

**TYRONE NELSON**                                                 **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is dismissed without prejudice.

**SO ORDERED**, this the 26th day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE