IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERIC JASON FIORENTINO, JR.**                               **PETITIONER**

**v.**                                                  **CIVIL NO. 1:23cv154-HSO-BWR**

**TYRONE NELSON**                                               **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

    A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: January 26, 2024                          *s/ Halil Suleyman Ozerden*
                                                   HALIL SULEYMAN OZERDEN
                                                   UNITED STATES DISTRICT JUDGE